In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00246-CV
_____

CITY OF DALLAS, Appellant

V.

SABINE RIVER AUTHORITY OF TEXAS, Appellee

On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D150045-C

MEMORANDUM OPINION

The appellant, City of Dallas, and the appellee, Sabine River Authority of Texas, filed a joint motion to dismiss this accelerated appeal with prejudice. The motion is voluntarily made by the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1), (2). No other party filed a notice of appeal. We grant the motion, vacate our Order of September 28, 2016, which stayed trial court proceedings while this appeal was pending, and dismiss the appeal. No motion for

1

rehearing will be entertained by the Court. *See* Tex. R. App. P. 49.4. The parties may agree to early issuance of the mandate. *See* Tex. R. App. P. 18.1(c).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on December 15, 2016
Opinion Delivered November 16, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.

2